# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ORTEGA, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff,*<br><br>  v.<br><br>JKB FINANCIAL, INC.<br><br>        *Defendant.* | Case No.: 5:24-CV-00374<br><br>Civil Action<br><br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN of the entry of the undersigned as counsel for Defendant, JKB FINANCIAL, INC., in the above-entitled action. All further notices and copies of pleadings, papers, and other relevant material to this action should be directed to and served upon:

JULIE M. MOELLER
Texas State Bar No.: 24073830
Email: julie.moeller@gmlaw.com
**GREENSPOON MARDER LLP**
700 Milam Street, Suite 1300
Houston, TX 77002
Tel: (212) 524-4966
Fax: (954) 771-9264

DATED: June 27, 2024.               Respectfully submitted,


                                                        By:   */s/Julie Moeller*
                                                              JULIE M. MOELLER
                                                               Texas State Bar No.: 24073830
                                                               Email: julie.moeller@gmlaw.com
                                                               **GREENSPOON MARDER LLP**
                                                               700 Milam Street, Suite 1300
                                                               Houston, TX 77002
                                                               Tel: (212) 524-4966
                                                               Fax: (954) 771-9264
                                                               *Attorneys for Defendant JKB FINANCIAL, INC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **27th** day of June, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/Julie Moeller
JULIE M. MOELLER

57949520v1