IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ORTEGA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JKB FINANCIAL INC.<br><br>　　　　Defendant. | Case No: 5:24-cv-00374-OLG |

## [PROPOSED] ORDER GRANTING ATTORNEY PAULINA ALMANZA AND ALMANZA TERRAZAS PLLC'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Before the Court is Paulina Almanza and Almanza Terrazas PLLC's Motion to Withdraw as Counsel for Plaintiff, Mark Ortega (the "Motion").

Upon consideration, the Court finds that the Motion should be, and hereby is, **GRANTED**.

It is **ORDERED** that Paulina Almanza and the law firm of Almanza Terrazas PLLC are hereby **WITHDRAWN** as counsel of record in this matter for Plaintiff Mark Ortega.

Date: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE JUDGE