# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **MARK ORTEGA,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **JKB FINANCIAL INC.,** <br><br> Defendant. | § § § § § § § § § § § § |

Case No. 5:24-CV-00374-OLG

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND FOR EXTENSION OF TIME

Before the Court is Plaintiff Mark Ortega's Motion for Leave to Amend Complaint and for Extension of Time (the "Motion"). Having considered the Motion, the record, and applicable law, the Court finds that the Motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff is granted leave to file his First Amended Complaint, a copy of which was attached as Exhibit A to the Motion. The First Amended Complaint shall be filed separately on the docket, and shall be deemed filed as of the date of this order.

2. The Scheduling Order entered on September 3, 2024 (ECF No. 13) is hereby **MODIFIED** as follows:

    o **Deadline to Amend Pleadings or Join Parties:** Extended to March 15, 2025.

    o **Plaintiff's Designation of Testifying Experts:** Extended to March 28, 2025.

    o **Defendant's Designation of Testifying Experts:** Extended to April 27, 2025.

    o **Discovery Cutoff:** Extended to June 25, 2025.

    o **Dispositive Motions Deadline:** Extended to July 17, 2025.

- o **Mediation Completion Deadline:** Extended to August 7, 2025.
- o **Final Pretrial Conference:** Continued to October 25, 2025, or a similar date convenient for the Court's calendar, to be set by separate notice.
- o **Trial Date:** Continued to October 30, 2025, or a date thereafter that suits the Court's schedule, to be set by separate notice.

3. The Clerk shall prepare and enter an amened scheduling order.

**SIGNED** this \_\_\_\_ day of _____, 2025.

_____
JUDGE PRESIDING